952 F.2d 1391
 Angott (Elizabeth, John, Sammy), Finder (Norma), Borkowski
(Alice), Branczek (Mary Grace), Bucher (Frank), Byers (John,
Jr.), Byrne (Samuel), Pryor (Carl), Reihner (Fred), Calvert
(Donald), Cook (Robert), Crouse (William), Desmond
(Angeline, Wilma), Evans (Harry), Gray (Robert), Greger (Ida
Mae), Guy (William), Szolek (Jack), Toporcer (William),
Welling (Iona), Huffman (Warren), Lorenzato (Gloria), Maloy
(Carolyn), McCoy (Margaret, William), Phillips
 NO. 91-3366
 United States Court of Appeals,
Third Circuit.
 Dec 26, 1991
 
 Appeal From: W.D.Pa.,
 Standish, J., 780
 
 F.Supp. 298
 
 1
 AFFIRMED.